IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

---

| | |
|---|---|
| JAMES E. SULTON, III<br>POST OFFICE BOX 2763<br>OLYMPIA, WA 98507,<br><br>    Plaintiff,<br>v.<br><br>THE HONORABLE MARY E. PETERS,<br>SECRETARY OF TRANSPORTATION,<br>400 7TH STREET, S.W.<br>WASHINGTON, DC 20590,<br><br>    Defendant. | ) Civil Case No: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

## MOTION FOR PRO HAC VICE

Comes now attorney Francis H. Koh, a member of the Bar of this Court, and moves for the Court for an Order allowing attorney Anne T. Sulton to appear in this case *pro hac vice*. Per Local Rule 83.2 (d), this motion is accompanied by attorney Sulton's declaration.

Respectfully submitted this 13th day of August 2007.

By: _____/S/_____
Francis H. Koh (DC Bar #486602)
Koh Law Firm, LLC.
11406 Old Georgetown Rd.
N. Bethesda, MD 20852
(301) 881-3600
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

---

| | |
|---|---|
| JAMES E. SULTON, III<br>POST OFFICE BOX 2763<br>OLYMPIA, WA 98507,<br><br>     Plaintiff,<br>v.<br><br>THE HONORABLE MARY E. PETERS,<br>SECRETARY OF TRANSPORTATION,<br>400 7TH STREET, S.W.<br>WASHINGTON, DC 20590,<br><br>     Defendant. | ) Civil Case No: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

## **DECLARATION OF ATTORNEY ANNE T. SULTON**

1. My name is Anne Thomas Sulton.

2. My office address and telephone number are: Sulton Law Offices, Post Office Box 2763, Olympia, Washington 98507; (360) 870-6000.

3. I am admitted to the following bars:

Wisconsin Supreme Court

Colorado Supreme Court

U.S. District Court for the Western District of Wisconsin

U.S. District Court for the Eastern District of Wisconsin

U.S. District Court for the District of Colorado

U.S. Seventh Circuit Court of Appeals

U.S. Tenth Circuit Court of Appeals

4. I have not been disciplined by any bar.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

Dated this 13th day of August 2007.

_____/S/_____

Anne Thomas Sulton