AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | September 17, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Francis Koh | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by certified mail (please see attached) upon U.S. Attorney General, D.O.J., 950 Pennsylvania Ave., NW, Washington, DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-15-07   _____
              Date            Signature of Server

Koh Law Firm, 11406 Old Georgetown Road, N. Bethesda, MD  20852

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

James E. Sulton, III v. Mary E. Peters
Case:  1:07-cv-01470





UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP + 4® in this box.

Koh Law Firm, LLC
11406 Old Georgetown Rd.
N. Bethesda, MD 20852

James E. Sulton, III v. Mary E. Peters
Case:    1:07-cv-01470