AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | September 24, 2007 |
| NAME OF SERVER (PRINT)  Francis Koh | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by certified mail  (please see attached) upon US Attorney, 501 3rd St., NW, Washington, DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-15-07         _____
             Date               Signature of Server

Koh Law Firm
11406 Old Georgetown Road, N. Bethesda, MD 20852
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

James E. Sulton, III v. Mary E. Peters
Case: 1:07-cv-01470

James E. Sulton, III v. Mary E. Peters
Case: 1:07-cv-01470



