UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. SULTON, III<br>8108 Ellison Loop N.W.<br>Olympia, WA 98502<br><br>   Plaintiff,<br><br> v.<br><br>THE HONORABLE MARY E. PETERS,<br>SECRETARY OF TRANSPORTATION,<br>400 7th Street, S.W.<br>Washington, DC 20590,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1470 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

            Respectfully submitted,

            JEFFREY A. TAYLOR
            UNITED STATES ATTORNEY
            D.C. BAR NUMBER 498-610

  By:       /s/
       OLIVER W. McDANIEL, D.C. Bar No. 377-360
       Assistant United States Attorney
       Civil Division
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 616-0739 / (202) 514-8780 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2007, I caused the foregoing Notice of Appearance to be served on Counsel for the Plaintiff, **Francis H. Koh,** by the Electronic Case Filing system (ECF) or, if this means fails, then by mail, postage prepaid, addressed as follows:

 

_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739