UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES E. SULTON**, **III,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-1470 (EGS) |
| ) | |
| **MARY E. PETERS,** ) | |
| **Secretary, United States** ) | |
| **Department of Transportation**, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR A ONE-BUSINESS-DAY EXTENSION OF TIME TO FILE AN OPPOSITION MEMORANDUM TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6 (b), for a one-business-day extension of time to file its memorandum in opposition to Plaintiff's motion for summary judgment, from today Friday, December 14, 2007, up to and including Monday, December 17, 2007. Counsel for the Plaintiff, Ms. Sulton, reports that Plaintiff has no opposition to this motion.

This extension is necessitated by the fact that Defendant would like to file a coordinated response to Plaintiff's sur-reply in opposition to Defendant's motion to dismiss or, alternatively to transfer, to which the Court gave Defendant until Monday, December 17, 2007, to file a response. However, it has taken Defendant much more time than originally anticipated to obtain necessary information from the Federal Aviation Administration to file her response to the sur-reply. Thus, although Counsel for the Defendant had anticipated filing a response to the surreply early and opposition to the motion for summary judgment in a timely manner, Counsel will need the full

allotted time to file the response to the sur-reply and an additional business day to file the opposition. These circumstances are aggravated by Counsel's demanding litigation schedule.

WHEREFORE, the Defendant submits that this motion for a one-business-day extension of time to file her opposition memorandum to Plaintiff's motion for summary judgment should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610


By:  _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2007, I caused the foregoing Defendant's Unopposed Motion for a One-Business-Day Extension of Time to File An Opposition Memoranda to Plaintiff's Motion for Summary Judgment, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

Anne Thomas Sulton, Esq.
SULTON LAW FIRM
P.O. Box 2763
Olympia, WA 98507

Francis H. Koh
Koh Law Firm, LLC.
11406 Oldgeorgetown Road
North Bethesda, MD 20852

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JAMES E. SULTON**, **III,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.: 07-1470 (EGS)** |
| ) | |
| **MARY E. PETERS,** ) | |
| **Secretary, United States** ) | |
| **Department of Transportation**, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for a One-Business- Day Extension of Time to File An Opposition Memoranda to Plaintiff's Motion for Summary Judgment, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time be GRANTED, and it is

FURTHER ORDERED that Defendant's opposition memoranda shall be filed on or before December 17, 2007,

on this _____ day of _____, 2007.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530

Anne Thomas Sulton, Esq.
SULTON LAW FIRM
P.O. Box 2763
Olympia, WA 98507

Francis H. Koh
Koh Law Firm, LLC.
11406 Oldgeorgetown Road
North Bethesda, MD 20852