UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES E. SULTON, III | ) | |
|     Plaintiff, | ) | |
| v. | ) | Case: 1:07-cv-01470-EGS |
| THE HONORABLE MARY E. PETERS, | ) | |
| SECRETARY OF TRANSPORTATION, | ) | |
|     Defendant. | ) | |

**PLAINTIFF'S REPLY IN SUPPORT OF HIS
MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY**

Plaintiff James E. Sulton, III, by his attorney Anne T. Sulton, files this reply to Defendant's response to his motion for summary judgment on the issue of liability.

Mr. Sulton is not asking this Court to limit its review to the issue of remedy only. This is the reason he filed a motion for summary judgment on the issue of liability.

Mr. Sulton is not basing his motion for summary judgment on an EEOC ruling. Mr. Sulton is not asking this Court to review an EEOC decision. Mr. Sulton is not saying this Court is bound by an EEOC decision. Mr. Sulton is not asking this Court to enforce an EEOC decision. Therefore, the line of decisions Defendant cites (e.g., *Timmons v. White*, 314 F.3d 1229 (10th Cir.2003)), are not applicable to Mr. Sulton's case.

Mr. Sulton is basing his motion for summary judgment on the applicable law, rules of evidence, his affidavit, documents, and Defendant's admission (i.e., "final agency decision" concluding Defendant illegally discriminated against Mr. Sulton on the basis of his race when

1

Defendant denied Mr. Sulton's application for a job as an air traffic controller in the FAA's Eastern Region). After a thorough investigation and in a lengthy written opinion, Defendant found it violated the law when it rejected Mr. Sulton's application for employment.

No amount of discovery is going to change this fact. No reasonable jury can return a verdict in favor of the Defendant, given its admission of wrongdoing.

If this Honorable Court finds Mr. Sulton has met the Rule 56 standard by showing there are no genuine issues of material fact in dispute on the issue of liability, then the Court should grant Mr. Sulton's motion for summary judgment on the issue of liability.

Respectfully submitted this 18th day of December 2007.

/s/Anne T. Sulton
Anne T. Sulton
Appearing Pro Hac Vice
Mailing Address:
Sulton Law Offices
Post Office Box 2763
Olympia, WA  98507
Telephone: (360) 870-6000

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of December, 2007, I caused the foregoing **Plaintiff's Reply** to be served on Counsel for the Defendant by the Electronic Case Filing system.

OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739
Counsel for Defendant

/s/Anne T. Sulton
Anne T. Sulton
Appearing Pro Hac Vice
Mailing Address:
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507
Telephone: (360) 870-6000

Attorney for Plaintiff