UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
JAMES E SULTON, III,          )
                              )
          Plaintiff           )
                              )
     v.                       )    Civil Action No. 07-1470(EGS)
                              )
MARY E. PETERS,               )
SECRETARY OF TRANSPORTATION,  )
                              )
          Defendant.          )
_____)
```

### ORDER

Pending before the Court is defendant's Motion to Dismiss or in the Alternative to Transfer this case to the Southern District of New York. Upon consideration of the Motion, the response and reply thereto, the applicable law and the entire record, and for the reasons articulated in the accompanying Memorandum Opinion, defendant's Motion is to Dismiss is **DENIED** and defendant's Motion to Transfer is **GRANTED.** This case shall be transferred to the Southern District of New York.

    SO ORDERED.

**Signed:   Emmet G. Sullivan**
**           United States District Judge**
**           February 1, 2008**